UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLENN RODNEY WRIGHT,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
| VS.      ) | |
| ) | 3:13-CV-4123-G (BN) |
| DALLAS TX NATIONAL SECURITY,      ) | |
| ET AL.,      ) | |
| ) | |
| Defendants.      ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

   **SO ORDERED**.

November 8, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**